# EXHIBIT A

```
AVS0350                  ALABAMA JUDICIAL DATA CENTER
                              DALE       COUNTY
                                 SUMMONS
                                                       CV 2006 000047.00
                                                       P. B. MCLAUCHLIN
 -----------------------------------------------------------------------
            IN THE  CIRCUIT  COURT OF   DALE      COUNTY
 ROB & STEVE SALISBURY & SUE GILLILAND VS PEMCO AVIAITON GROUP INC ET A
    SERVE ON: (D001)

    SSN: 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                   PLAINTIFF'S ATTORNEY

    PEMCO AVIATION GROUP INC AKA P     MITCHELL ALLEN KENNETH
    C/O DORIS SEWELL - AGENT           707 WEST MAIN ST
    1943 NORTH 50TH ST
    BIRMINGHAM     ,AL  35212-0000     DOTHAN         ,AL  36301-0000
 -----------------------------------------------------------------------
 TO THE ABOVE NAMED DEFENDANT:
   THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
 TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE
 REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER
 ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS
 ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

   THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS
 AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE
 ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
 YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.
 -----------------------------------------------------------------------
 ( )   TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR
       4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE:
       YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE
       COMPLAINT IN THIS ACTION UPON DEFENDANT.

 ( )   THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE
       WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C)
       OF THE ALABAMA RULES OF CIVIL PROCEDURE.

   DATE: 02/24/2006                    CLERK: MARY BLUDSWORTH
                                              P. O. BOX 1350
                                              OZARK   AL  36360
                                              (334)774-5003
 -----------------------------------------------------------------------
    RETURN ON SERVICE:
 ( )   CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
       (RETURN RECEIPT HERETO ATTACHED)

 ( )   I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
       COMPLAINT TO _____
       IN _____ COUNTY, ALABAMA ON (DATE) _____

   _____            _____
   DATE                                SERVER SIGNATURE

   _____            _____
   SERVER ADDRESS                      TYPE OF P

OPERATOR: LYK
PREPARED: 02/24/2006
```

[RECEIVED stamp: MAR - 6 2006]

IN THE CIRCUIT COURT OF
DALE COUNTY, ALABAMA

ROB SALISBURY, STEVE  \*
SALIBURY and SUE GILLILAND  \*
                                                              \*
    *Plaintiffs,*  \*
                                                              \*
*vs.*  \*
                                                              \*
PEMCO AVIATION GROUP, INC.,  \*   CASE NO. CV-2006- 47 AJ
a/k/a PEMCO AEROPLEX, INC.,  \*
Alabama Corporations, and LINDA  \*
SALISBURY,  \*
                                                              \*
    *Defendants.*  \*

## COMPLAINT FOR DECLARATORY JUDGMENT

COMES NOW the Plaintiffs **ROB SALISBURY, STEVE SALIBURY and SUE GILLILAND**, by and through their attorney and move this Court to declare the rights, liabilities and obligation of the parties regarding the 401K retirement account of Steven Marvin Salisbury, Deceased and as grounds in support of this Complaint say as follows:

### COUNT 1

1. This Court has jurisdiction pursuant to the provisions of Ala. Code 1975, §6-6-220 et. Seq.

2. The plaintiffs are **ROB SALISBURY, STEVE SALIBURY and SUE GILLILAND**, children of Steven Marvin Salisbury, Deceased

3. The defendants are Lynda Salisbury, widow of Steven Marvin Salisbury, Deceased, Pemco Aviation Group, Inc. a/k/a Pemco Aeroplex, Inc., former employer of Steven Marvin Salisbury, Deceased.

4. BISYS a foreign corporation that services the 401K retirement plan by providing investment opportunities through Oppenheimer for the plan administrator, Pemco Aviation Group, Inc.

5. Steven Marvin Salisbury, Deceased is the owner of a sum of money as part of his 401K retirement plan that was sponsored and administered by his employer Pemco Aviation Group, Inc., a/k/a Pemco Aeroplex, Inc. The plan was previously serviced by Wells Fargo and currently is being serviced by BISYS, 200 Dryden Road, Dresher, PA 19025 through Oppenheimer Funds.

6. Steven Marvin Salisbury, Deceased was hired by Pemco Aviation Group, Inc. on February 2, 1972. According to records he began participation in a 401K retirement plan with Pemco Aviation Group, Inc. on November 11, 1990 and but for a three month lay-off, remained employed and participated in the retirement plan until just before he died on December 13, 2005. See Exhibit 1.

7. Agents of Pemco asserted to Plaintiff, Rob Salisbury, that he and his siblings were listed as beneficiaries on the 401k Retirement Plan from approximately 1994 until April 1, 2005 when the plan was being service by Well Farge. In April 2005, Pemco Aviation Group, Inc. changed the servicing company of the retirement plan. Wells Fargo, to the best of Plaintiff's knowledge, had been the servicing of the retirement plan until April 2005 when BISYS became the servicing agent of the 401K plan. However with the change of plan servicers, the children who had long been the stated beneficiaries of the plan were omitted.

8. There exists an actual controversy between the Plaintiffs and Defendants on which substantial property rights depend. Plaintiffs assert that more than $100,000.00 existed in the account belonging to their father at the time of his death.

9. The widow of Steven Marvin Salisbury, Deceased asserts that the funds from the 401K retirement plan belonging to Steven Marvin Salisbury are her property. The Plaintiffs assert that they are beneficiaries of the funds administered by Pemco Aviation Group, Inc. and now being serviced by BISYS and that when the funds were being serviced by

Wells Fargo they were the specified beneficiaries. When Pemco Aviation Group, Inc. changed the servicing company from Wells Fargo to BISYS, the administrators of the plan negligently omitted Plaintiffs as beneficiaries. Plaintiffs assert that they are the rightful heirs to the property and should be recipients of the funds.

**WHEREFORE THE PREMISES CONSIDERED**, the Plaintiffs pray the Court upon final hearing would render judgment in favor of Plaintiffs declaring the 401K funds of Steven Marvin Salisbury are the property of the Plaintiffs in fee simple who are the rightful beneficiaries of the funds, a reasonable attorney's fee if permitted, and such other and further relief as they are permitted under the pleadings and under the laws of the State of Alabama

## COUNT 2

10. Plaintiffs reallege paragraphs 1 through 9 and incorporate them as if they were fully set out herein.

11. Plaintiffs assert that since 1994 they were the specified beneficiaries under the 401K retirement plan of Steven Marvin Salisbury, Deceased, sponsored and administered by Pemco and currently serviced by BISYS through Oppenheimer investments.

12. Plaintiffs believe that prior to his death more than $100,000.00 existed within the 401K retirement plan that belonged to their father, Steven Marvin Salisbury, Deceased

13. Wells Fargo was the previous servicing agent of the 401K retirement plan sponsored and administered by Pemco.

14. The servicing of the 401K plan changed from Wells Fargo to BISYS on or about April 1, 2005.

15. Plaintiffs were the intended and named beneficiaries of Steven Marvin Salisbury's 401K plan serviced by Wells Fargo and the beneficiaries were never deleted or changed when servicing of the plan was turned over to BISYS.

16. Pemco Aviation Group and/or BISYS had a duty to the named heirs and beneficiaries

of the 401K retirement plan belonging to Steven Marvin Salisbury to insure that their documents were correct and in order that the named beneficiaries would carry over to the new servicing group.

17. At the time the plan servicing agents changed, Plaintiffs names were negligently omitted by Pemco Aviation Group, Inc. and/or BISYS as the beneficiaries of the retirement plan of Steven Marvin Salisbury.

18. As a proximate result of Pemco Aviation Group, Inc. and/or BISYS's negligence the Plaintiffs suffered the following damages; they have not benefited from nor received their due inheritance from the 401K plan funds belonging to Steven Marvin Salisbury, Deceased and are having to bring this action and the Declaratory Judgment action to receive what rightfully should have been delivered to Plaintiffs without having to pursue these actions. They are in danger of having the funds disbursed to a person who was not a named beneficiary prior to changing the plans administration.

19. Plaintiffs request that this Court enter an Order staying distribution of these funds until this matter is resolved.

**WHEREFORE THE PREMISES CONSIDERED**, the Plaintiffs pray the Court upon final hearing would render judgment in favor of Plaintiffs in the sum of the funds that are available for distribution under the 401K plan, a reasonable attorney's fee, and such other and further relief as they are permitted under the pleadings and under the laws of the State of Alabama.

_/s/ Allen K. Mitchell_
ALLEN K. MITCHELL, (MIT034)
Attorney for Plaintiffs
707 West Main Street
Dothan, AL 36301
(334) 671-0289

**PLAINTIFF DEMAND TRIAL BY JURY**



ALLEN K. MITCHELL, (MIT034)
Attorney for Plaintiffs
707 West Main Street
Dothan, AL 36301
(334) 671-0289

**SERVE DEFENDANTS AS FOLLOWS:**

1. **Lynda Salisbury**
   1112 Green Road
   Dothan, AL 36303

2. **Pemco Aviation Group, Inc.**
   Doris Sewell, Registered Agent
   1943 North 50th Street
   Birmingham, AL 35212

THE FRONT OF THIS DOCUMENT IS PINK. THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

THIS IS A TRUE AND EXACT COPY OF THE RECORD ON FILE WITH THE HOUSTON COUNTY HEALTH DEPARTMENT.

*[Signature: Ruth E. Webb]*
SIGNATURE OF REGISTRAR

DECEMBER 22, 2005
DATE OF ISSUE

# ALABAMA
## CERTIFICATE OF DEATH

State File Number: 101

| Field | Value |
|---|---|
| 1. DECEASED—NAME (First, Middle, Last) | Stephen Marvin SALISBURY |
| 2. DATE OF DEATH | December 13, 2005 |
| 3. COUNTY OF DEATH | Houston |
| 4. CITY, TOWN, OR LOCATION OF DEATH AND ZIP CODE | Dothan—36305 |
| 5. INSIDE CITY LIMITS | Yes |
| 6. PLACE OF DEATH—HOSPITAL OR OTHER INSTITUTION | Flowers Hospital |
| 7. IF HOSPITAL (Specify Inpatient, ER or Outpatient, DOA) | Inpatient |
| 8. OF HISPANIC ORIGIN | No |
| 9. RACE | White |
| 10. SEX | Male |
| 11. AGE | 64 YRS. |
| 13. DATE OF BIRTH | November 17, 1941 |
| 14. DECEASED'S SOCIAL SECURITY NUMBER | 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 |
| 15. EDUCATION | College 4 |
| 16. MARITAL STATUS | Married |
| 17. SURVIVING SPOUSE | Lynda Calkins |
| 18. Was Decedent ever in Armed Forces | Yes |
| 19. STATE OF BIRTH | Maine |
| 20. RESIDENCE—STATE | Alabama |
| 21. COUNTY | Dale |
| 22. CITY, TOWN, OR LOCATION AND ZIP CODE | Dothan 36303 |
| 23. INSIDE CITY LIMITS | Yes |
| 24. STREET AND NUMBER | 1112 Green Road |
| 25. INFORMANT—Name and Address | Lynda Salisbury, 1112 Green Road, Dothan, Alabama 36303 |
| 26. USUAL OCCUPATION | Pilot |
| 27. KIND OF BUSINESS OR INDUSTRY | Aircraft Maintenance |
| 28. FATHER—NAME | Raymond E. Salisbury |
| 29. MAIDEN NAME OF MOTHER | Gladys Gartley |
| 30. DISPOSITION OF BODY | Burial |
| 31. DATE OF DISPOSITION | Dec. 17, 2005 |
| 32. CEMETERY OR CREMATORY—Name | Sunset Memorial Park |
| 33. LOCATION | Dothan, Alabama |
| 34. FUNERAL HOME—Name and Address | BYRD FUNERAL HOME, 3409 W. Main St., Dothan, AL 36305 |
| 35. FUNERAL DIRECTOR—Signature | Max B. Jackson |
| 36. DATE SIGNED BY FUNERAL DIRECTOR | Dec. 22, 2005 |
| 37. Certifying Physician — Signature | *[signature]* |
| 38. DATE SIGNED | 12/14/05 |
| 39. TIME AND DATE OF DEATH | 4:30 a.m. December 13, 2005 |
| 41. NAME AND TITLE OF PERSON WHO COMPLETED CAUSE OF DEATH | Rafael Mayor, M.D. |
| 42. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH | 4300 West Main Street/#405, Dothan, AL 36305 |
| 43. CERTIFIER LICENSE NUMBER | 9173 |
| 44. REGISTRAR—Signature | *[Ruth E. Webb]* |
| 45. DATE FILED | Dec. 22, 2005 |

## MEDICAL CERTIFICATION

46. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. LIST ONLY ONE CAUSE ON EACH LINE.

IMMEDIATE CAUSE (Final disease or condition resulting in death):
a. Acute Myelogenous Leukemia

DUE TO (OR AS A CONSEQUENCE OF):
b.

DUE TO (OR AS A CONSEQUENCE OF):
c.

DUE TO (OR AS A CONSEQUENCE OF):
d.

47. PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

48. WAS THERE A PREGNANCY IN LAST 42 DAYS: No

50. AUTOPSY: No

This is a legal record and must be filed within five (5) days after death.

ADPH-HS 2/Rev. 11-93

# PEMCO AVIATION GROUP, INC. 401(k)
## SAVINGS PLAN

Period from 07/01/01 to 09/30/01

| SM SALISBURY | Date of Birth: 11/17/41 | Date of Participation: 11/11/90 |
|---|---|---|
| Security No: 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 | Employment Status: ACTIVE | Date of Hire: 02/02/72 |

| | Beginning Balance | Contributions | Earnings | Forfeitures | Transfers | Disbursements | Ending Balance |
|---|---|---|---|---|---|---|---|
| **SALARY DEFERRAL** | | | | | | | |
| STABLE RETURN FOR EBT | $2,453.46 | $162.72 | $36.10 | $0.00 | $0.00 | $0.00 | $2,652.28 |
| FID ADV HIGH YIELD | $9,676.74 | $488.16 | $(637.12) | $0.00 | $0.00 | $0.00 | $9,527.78 |
| GROWTH BALANCED FUND | $18,699.03 | $488.16 | $(1,722.09) | $0.00 | $0.00 | $0.00 | $17,465.10 |
| EQUITY INCOME FUND | $15,631.28 | $162.72 | $(1,479.42) | $0.00 | $0.00 | $0.00 | $14,314.58 |
| LRG CO. GROWTH FUND | $8,414.19 | $162.72 | $(1,642.52) | $0.00 | $0.00 | $0.00 | $6,934.39 |
| DISCIPLINED GROWTH FUND | $8,880.97 | $162.72 | $(1,160.12) | $0.00 | $0.00 | $0.00 | $7,883.57 |

| Vested Percent: 100% | | Vested Amount: $58,777.70 | | Total: | $58,777.70 |
|---|---|---|---|---|---|

| TOTAL BY FUND | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| STABLE RETURN FOR EBT | Balance | $2,453.46 | $162.72 | $36.10 | $0.00 | $0.00 | $0.00 | $2,652.28 |
| | Units Held | 78.56 | | | | | | 83.60 |
| FID ADV HIGH YIELD | Balance | $9,676.74 | $488.16 | $(637.12) | $0.00 | $0.00 | $0.00 | $9,527.78 |
| | Units Held | 1,093.42 | | | | | | 1,173.37 |
| GROWTH BALANCED FUND | Balance | $18,699.03 | $488.16 | $(1,722.09) | $0.00 | $0.00 | $0.00 | $17,465.10 |
| | Units Held | 622.06 | | | | | | 639.05 |
| EQUITY INCOME FUND | Balance | $15,631.28 | $162.72 | $(1,479.42) | $0.00 | $0.00 | $0.00 | $14,314.58 |
| | Units Held | 379.12 | | | | | | 384.70 |
| LRG CO. GROWTH FUND | Balance | $8,414.19 | $162.72 | $(1,642.52) | $0.00 | $0.00 | $0.00 | $6,934.39 |
| | Units Held | 161.35 | | | | | | 164.87 |
| DISCIPLINED GROWTH FUND | Balance | $8,880.97 | $162.72 | $(1,160.12) | $0.00 | $0.00 | $0.00 | $7,883.57 |
| | Units Held | 966.37 | | | | | | 985.45 |
| **TOTAL ALL FUNDS** | | $63,755.67 | $1,627.20 | ($6,605.17) | $0.00 | $0.00 | $0.00 | $58,777.70 |

| All Funds Total Vested Balance: $58,777.70 | | All Funds Total Balance: | $58,777.70 |
|---|---|---|---|

## INVESTMENT INFORMATION

| | Election % | Published Fund Performance | | Election % | Published Fund Performance |
|---|---|---|---|---|---|
| STABLE RETURN FOR EBT | 10% | 1.59% | FID ADV HIGH YIELD | 30% | -6.28% |
| GROWTH BALANCED FUND | 30% | -9.08% | INDEX FUND | 0% | -14.70% |
| EQUITY INCOME FUND | 10% | -9.42% | LRG CO. GROWTH FUND | 10% | -19.35% |
| DISCIPLINED GROWTH FUND | 10% | -12.95% | JANUS OVERSEAS | 0% | -20.82% |

SM SALISBURY
1112 GREEN ROAD
DOTHAN, AL 36303

Page 1