# EXHIBIT B

# PEMCO AVIATION GROUP, INC. 401(K) PLAN

## SUMMARY PLAN DESCRIPTION

# TABLE OF CONTENTS

INTRODUCTION TO YOUR PLAN

## ARTICLE I
## PARTICIPATION IN THE PLAN

Am I eligible to participate in the Plan? ...................................................................................1

When am I eligible to participate in the Plan?.............................................................................2

When is my entry date?...............................................................................................................2

What happens if I'm a participant and I incur a Break in Service?..............................................2

## ARTICLE II
## CONTRIBUTIONS

What kind of Plan is this?............................................................................................................2

Do I have to contribute money to the Plan in order to participate? ............................................3

How much may I contribute to the Plan?.....................................................................................3

How often can I modify the amount I contribute?........................................................................4

What compensation is used to determine my Plan benefits?........................................................4

Is there a limit on the amount of compensation that can be considered? ....................................5

Are there limits on how much can be contributed to my account each year? ..............................5

May I "roll over" payments from other retirement plans or IRAs? .............................................5

How is the money in the Plan invested? ......................................................................................6

## ARTICLE III
## RETIREMENT BENEFITS

What benefits will I receive at normal retirement?......................................................................6

What happens if I leave the Employer's workforce before I retire? ............................................7

What is my vested interest in my account?...................................................................................7

## ARTICLE IV
## DISABILITY BENEFITS

How is disability defined? ...........................................................................................................7

What happens if I become disabled? ...........................................................................................7

## ARTICLE V
## FORM OF BENEFIT PAYMENT

How will my benefits be paid? ....................................................................................................8

May I delay the receipt of benefits?....................................................................................8

## ARTICLE VI
## DEATH BENEFITS

What happens if I die while working for the Employer?...........................................9

Who is the beneficiary of my death benefit? .............................................................9

How will the death benefit be paid to my beneficiary? ............................................9

When must the last payment be made to my beneficiary?.......................................10

What happens if I'm a participant, terminate employment, and die before receiving all my benefits?...................................................................................................................10

## ARTICLE VII
## IN-SERVICE DISTRIBUTIONS

Can I withdraw money from my account while working? .........................................10

Can I withdraw money from my account in the event of financial hardship?.............10

Are there any limitations that apply to the in-service distributions described above? ..................12

## ARTICLE VIII
## TAX TREATMENT OF DISTRIBUTIONS

What are my tax consequences when I receive a distribution from the Plan?................12

Can I reduce or defer tax on my distribution? ..........................................................12

## ARTICLE IX
## HOURS OF SERVICE

What is an Hour of Service?...................................................................................13

How are Hours of Service credited? ......................................................................13

## ARTICLE X
## YOUR PLAN'S TOP-HEAVY RULES

What is a top-heavy plan?......................................................................................13

What happens if the Plan becomes top-heavy?.......................................................13

## ARTICLE XI
## PROTECTED BENEFITS

Is my benefit protected?.........................................................................................14

Are there any exceptions to the general rule?.........................................................14

Can the Plan be amended?.....................................................................................14

What happens if the Plan is discontinued or terminated?...........................................................14

What are my rights as a Plan participant?....................................................................................15

What duties are imposed on the people or entities who operate the Plan?...................................15

How do I submit a claim for Plan benefits?.................................................................................16

What if my benefits are denied? ..................................................................................................16

What is the Claims Review Procedure?.......................................................................................17

What can I do if I have questions or my rights are violated? .......................................................18

## ARTICLE XII
## GENERAL INFORMATION ABOUT THE PLAN

General Plan Information................................................................................................................18

Employer Information...................................................................................................................19

Administrator Information ............................................................................................................19

Trustee Information ......................................................................................................................20

## PEMCO AVIATION GROUP, INC. 401(K) PLAN

## SUMMARY PLAN DESCRIPTION

## INTRODUCTION TO YOUR PLAN

Pemco Aviation Group, Inc. 401(k) Plan ("Plan") has been adopted to provide you with the opportunity to save for retirement on a tax-deferred basis. This Summary Plan Description ("SPD") contains valuable information regarding when you may become eligible to participate in the Plan, your Plan benefits, your distribution options, and many other features of the Plan. You should take the time to read this SPD to get a better understanding of your rights and obligations in the Plan.

We have attempted to answer most of the questions you may have regarding your benefits in the Plan. If this SPD does not answer all of your questions, please contact the Administrator (or other Plan representative). The name and address of the Administrator can be found in the Article of this SPD entitled "General Information About The Plan."

This SPD describes the Plan's benefits and obligations as contained in the legal Plan document, which governs the operation of the Plan. The Plan document is written in much more technical and precise language. If the non-technical language under this SPD and the technical, legal language of the Plan document conflict, the Plan document always governs. If you wish to receive a copy of the legal Plan document, please contact the Administrator.

This SPD describes the current provisions of the Plan that are designed to comply with applicable legal requirements. The Plan is subject to federal laws, such as the Employee Retirement Income Security Act ("ERISA"), the Internal Revenue Code, and other federal and state laws that may affect your rights. The provisions of the Plan are subject to revision due to changes in the law or due to pronouncements by the Internal Revenue Service ("IRS") or Department of Labor ("DOL"). We may also amend this Plan. If the provisions under this SPD change, we will notify you.

## ARTICLE I
## PARTICIPATION IN THE PLAN

**Am I eligible to participate in the Plan?**

Provided you are not an Excluded Employee, you are eligible to participate in the Plan once you satisfy the Plan's eligibility conditions described in the next question. Then, you may elect to have your compensation reduced by a specific percentage or dollar amount, and have that amount contributed to the Plan as a salary deferral.

If you are a member of a class of employees identified below, you are an Excluded Employee for purposes of eligibility to participate in the Plan. The Excluded Employees are:

1

04/02

- employees whose employment is governed by a collective bargaining agreement under which retirement benefits were the subject of good faith bargaining, unless such agreement expressly provides for participation in this Plan.

- certain nonresident aliens who have no earned income from sources within the United States.

- leased employees.

- employees who were previously not treated as employees of the Employer but who are reclassified as being employees.

## When am I eligible to participate in the Plan?

Provided you are not an Excluded Employee, you will be eligible to participate in the Plan once you satisfy the Plan's age requirement. You will actually enter the Plan once you reach the entry date as described in the next question.

For purposes of the above, you will have met the age requirement when you attain age 21.

## When is my entry date?

Provided you are not an Excluded Employee, you may begin participating in the Plan once you have satisfied the eligibility requirements and reached your "entry date." Your entry date is the day you meet the eligibility requirements.

You should note that special rules may apply if you terminate employment and are then rehired. If you have questions about the timing of your Plan participation, please contact the Administrator.

## What happens if I'm a participant and I incur a Break in Service?

If you incur a Break in Service and later complete additional service, you will continue to participate in the Plan in the same manner as if your Break in Service had not occurred.

**ARTICLE II**
**CONTRIBUTIONS**

## What kind of Plan is this?

This Plan is a type of qualified retirement plan commonly referred to as a 401(k) Plan. As a participant in the Plan, you may elect to reduce your compensation by a specific percentage or dollar amount and have that amount contributed to the Plan on a pre-tax basis as a salary deferral. You generally are not taxed on your salary deferrals until you withdraw those amounts from the Plan. This Article describes the types of contributions that may be made to the Plan and how these monies will be allocated to your account to provide for your retirement benefit.

04/02

**Do I have to contribute money to the Plan in order to participate?**

No, you are not required to contribute any money in order to participate in our Plan.

**How much may I contribute to the Plan?**

As a participant, you may elect to defer an amount of your compensation, or HCEs only, equal to 2% above the deferral rate for NHCEs each year instead of receiving that amount in cash. For NHCEs, you may elect to defer 100% of your compensation not to exceed the dollar limit that is set by law. The amount you elect to defer, and any earnings on that amount, will not be subject to income tax until it is actually distributed to you. However, the amount you defer is counted as compensation for Social Security taxes.

During the first Plan Year in which you become eligible to participate, the deferral limits illustrated above will apply to your compensation only for the portion of the Plan Year in which you are eligible to participate.

The Administrator will allocate the amount you elect to defer to an account maintained on your behalf. You will always be 100% vested in this account. This means that you will always be entitled to all amounts that you defer. This money will, however, be affected by any investment gains or losses. If there is an investment gain, the balance in your account will increase. If there is an investment loss, the balance in your account will decrease.

Your total deferrals in any taxable year may not exceed a dollar limit that is set by law. The limit is $11,000 (for 2002), $12,000 (for 2003), $13,000 (for 2004), $14,000 (for 2005), and $15,000 (for 2006). This limit may be increased after 2006 for cost-of-living changes. The amount you elect to defer, and any earnings on that amount, will not be subject to income tax until it is actually distributed to you. However, the amount you defer is counted as compensation for Social Security taxes.

You should be aware that the annual dollar limit is an aggregate limit that applies to all deferrals you may make under this Plan or other cash or deferred arrangements (including tax-sheltered 403(b) annuity contracts, simplified employee pensions, or other 401(k) plans in which you may be participating). Generally, if your total deferrals under all cash or deferred arrangements for a calendar year exceed the annual dollar limit, the excess must be included in your income for the year. For this reason, it is desirable to request in writing that these excess deferrals be returned to you. If you fail to request such a return, you may be taxed a second time when the excess deferral is ultimately distributed.

If you are age 50 or older, then you may elect to defer additional amounts (called "catch-up contributions") to the Plan. The additional amounts may be deferred regardless of any other limitations on the amount that you may defer to the Plan. The maximum catch-up contribution that you can make in 2002 is $1,000. This amount is increased by $1,000 in each year after 2002 up to 2006, when the maximum is $5,000. After 2006, the maximum may increase for cost-of-living adjustments.

You must decide which plan or arrangement you would like to have return the excess. If you decide that the excess should be distributed from this Plan, you should communicate this in writing to the Administrator no later than the March 1st following the close of the calendar year

in which such excess deferrals were made. However, if the entire dollar limit is exceeded in this Plan or any other plan we maintain, you will be deemed to have notified the Administrator of the excess. The Administrator will then return the excess deferral and any earnings to you by April 15th.

Distributions from amounts attributable to your salary deferrals before you terminate employment are permitted only in the following circumstances:

- upon your attainment of age 59 1/2. (See the question "Can I withdraw money from my account while working?" for more information on in-service withdrawals of your salary deferrals.)

- if you incur a proven financial hardship. (See the question "Can I withdraw money from my account in the event of financial hardship?" for more information on hardship withdrawals of your salary deferrals.)

In the event you receive a hardship distribution from your deferrals to this Plan, you will not be allowed to make additional salary deferrals for a period of twelve (12) months (or, beginning in 2002, six (6) months) after you receive the distribution. Furthermore, the dollar limitation set by law for salary deferrals with respect to the calendar year following the year in which you received the distribution will be reduced by your salary deferrals, if any, for the calendar year of the distribution.

In addition, if you are a highly compensated employee (generally owners or individuals receiving wages in excess of certain amounts established by law), a distribution from amounts attributable to your salary deferrals of certain excess contributions may be required to comply with the law. The Administrator will notify you when a distribution is required.

## How often can I modify the amount I contribute?

The amount you elect to defer will be deducted from your pay in accordance with a procedure established by the Administrator. The procedure will require that you enter into a written salary deferral agreement after you satisfy the Plan's eligibility requirements. You may elect to defer your salary as of your entry date. Such election will become effective as soon as administratively feasible. Your election will remain in effect until you modify or terminate it. You may modify your election as of the date(s) indicated in the salary deferral agreement. The modification will become effective as soon as administratively feasible. You are also permitted to revoke your election as of the date(s) indicated in the salary deferral agreement.

## What compensation is used to determine my Plan benefits?

For the purposes of the Plan, compensation has a special meaning. Compensation is defined as your total compensation that is paid to you by us during the Plan Year and reported on your W-2 form. Your compensation includes any salary deferrals that you make to this plan.

04/02

Case 1:06-cv-00286-CSC     Document 1-3     Filed 03/30/2006     Page 10 of 25.

Pemco Aviation Group, Inc.

The following adjustments to compensation will be made for Plan purposes:

- reimbursements or other expense allowances, fringe benefits, moving expenses, deferred compensation, and welfare benefits will be excluded.

Special rules apply if you are only a participant in the Plan for a portion of the Plan Year. This will happen if, for any reason, you begin participating in the Plan as of a date other than the first day of the Plan Year. If this happens, your compensation will be recognized only for the period in which you are actually a participant in the Plan.

## Is there a limit on the amount of compensation that can be considered?

For the Plan Year beginning in 2001, the Plan, by law, cannot recognize annual compensation in excess of $170,000. For Plan Years beginning on and after January 1, 2002, the amount of annual compensation that may be taken into consideration for Plan purposes is increased to $200,000. This amount may be adjusted after 2002 for cost-of-living increases.

## Are there limits on how much can be contributed to my account each year?

Generally, the law imposes a maximum limit on the amount of contributions you may receive in the Plan. This limit applies to all contributions we make on your behalf, all contributions you make to the Plan, and any other amounts allocated to any of your accounts during the Plan Year (such as forfeitures), excluding earnings. Beginning in 2002, this total cannot exceed the lesser of $40,000 or 100% of your annual compensation. The dollar limit may be adjusted after 2002 for cost-of-living increases.

## May I "roll over" payments from other retirement plans or IRAs?

At the discretion of the Administrator, you may be permitted to deposit into the Plan distributions you have received from other plans and certain IRAs. Such a deposit is called a "rollover" and may result in tax savings to you. You may ask your prior plan administrator or trustee to directly transfer (a "direct rollover") to this Plan all or a portion of any amount that you are entitled to receive as a distribution from a prior plan. Alternatively, if you received a distribution from a prior plan, you may elect to deposit any amount eligible for rollover within 60 days of your receipt of the distribution. You should consult qualified counsel to determine if a rollover is permitted and in your best interest.

Your rollover will be placed in a separate account called a "rollover account." You will always be 100% vested in your "rollover account." This means that you will always be entitled to all of your rollover contributions. Rollover contributions will be affected by any investment gains or losses.

You may withdraw the amounts in your "rollover account" at any time.

04/02

Pemco Aviation Group, Inc.

**How is the money in the Plan invested?**

You will be able to direct the investment of your interest in the Plan. Your Employer has established participant direction procedures setting forth investment choices available to you, the frequency with which you can change your investment choices, and instructions on how you can obtain other important information on directed investments available from the Administrator. You need to follow these procedures when you direct investments. You should review the information in these procedures carefully before you give investment directions.

The Plan is intended to comply with Section 404(c) of ERISA. If the Plan complies with this Section, then the fiduciaries of the Plan, including the Employer, the Trustee, and the Administrator, will be relieved of any legal liability for any losses that are the direct and necessary result of the investment directions that you give. Procedures must be followed in giving investment directions. If you fail to do so, then your investment directions need not be followed. You are not required to direct investments. If you choose not to direct investments, then the Trustee is responsible for investing your accounts in a prudent manner.

When you direct investments, your accounts are segregated for purposes of determining the earnings or losses on these investments. Your account does not share in the investment performance of other participants who have directed their own investments.

You should remember that the amount of your benefits under the Plan will depend in part upon your choice of investments. Gains as well as losses can occur. There are no guarantees of performance. The Employer, the Administrator, and the Trustee will not provide investment advice or guarantee the performance of any investment you choose.

**ARTICLE III**
**RETIREMENT BENEFITS**

**What benefits will I receive at normal retirement?**

You will be entitled to all of your account balances at your Normal Retirement Age. However, the actual payment of your benefits may generally not occur until your actual retirement. In such event, a distribution will be made, at your election, as soon as administratively feasible. If you continue working after your Normal Retirement Age, payment of your benefits will be deferred until your Late Retirement Date.

You will attain your Normal Retirement Age when you reach age 65.

Your Late Retirement Date is the date you choose to retire after first having reached your Normal Retirement Age.

04/02

**What happens if I leave the Employer's workforce before I retire?**

This Plan is designed to encourage you to stay with us until retirement. Payment of your account balance in the Plan is only available upon your death, disability, or retirement. However, if the value of your vested benefit is less than $5,000 (excluding amounts attributable to rollovers), a distribution will be made to you within a reasonable time after you terminate employment.

If your vested benefit exceeds $5,000 (excluding amounts attributable to rollovers), you must elect to receive the benefit. The distribution will then be made to you within a reasonable time after you terminate employment and consent to the distribution.

See the question in Article V entitled "How will my benefits be paid?" for a further explanation of how benefits are paid from the Plan.

If your employment terminates for reasons other than death, disability, or retirement, you will be entitled to receive only your "vested percentage" of your account balance. (See the question in this Article entitled "What is my vested interest in my account?" for more information regarding vesting.)

**What is my vested interest in my account?**

You are always 100% vested (which means that you are entitled to all of the amounts) in your account attributable to salary deferrals, as well as in the following contributions:

- rollover contributions.

Thus, you are always entitled to all amounts in your accounts.

## ARTICLE IV
## DISABILITY BENEFITS

**How is disability defined?**

In the Plan, disability is defined as a physical or mental condition that renders you either unable to perform the duties of your customary position of employment for an indefinite period, or incapable of continuing any gainful occupation, and that the Administrator considers will be of long continued duration. You will also be considered disabled if you permanently lose the use of a part or function of your body or are permanently disfigured, and you terminate your employment. Your disability will be determined by the Administrator, who may request a physical examination by a licensed physician.

**What happens if I become disabled?**

If you become disabled while a participant, you will be entitled to 100% of your account balance. Payment of your disability benefits will be made to you as if you had retired. (See the question entitled "How will my benefits be paid?" for more information.)

04/02

Pemco Aviation Group, Inc.

## ARTICLE V
## FORM OF BENEFIT PAYMENT

**How will my benefits be paid?**

If your vested benefit in the Plan does not exceed $5,000 (excluding amounts attributable to rollovers), then your benefit must be distributed to you in a single lump-sum payment as soon as is administratively feasible following the event that entitles you to a distribution. Otherwise, you must consent to the distribution before it may be made, and you may elect to receive a distribution under one of the following methods:

- a single lump-sum payment in cash.

- the following annuity options: 50%, 75% or 100% Joint and Survivor annuity options. **This option will not be available after June 15, 2002.**

You should note that if you elect to receive benefit payments in the form of an annuity, the following special rules will apply:

- If you are married on the date your benefit payments are to begin, you will automatically receive a joint and 50% survivor annuity, unless you elect an alternative form of annuity. This means that you will receive payments for your life, and upon your death, your surviving spouse will receive a monthly benefit for the remainder of his or her life equal to 50% of the benefit you were receiving at the time of your death. Your spouse must consent to the payment of the annuity in a form other than the joint and 50% survivor annuity.

- If you are married on the date your benefit payments are to begin, you and your spouse must consent to the distribution before payments may begin.

- If you are not married on the date your benefits are to begin, you will automatically receive a life annuity, which means you will receive payments for as long as you live.

**May I delay the receipt of benefits?**

Yes, you may delay the receipt of benefits unless a distribution is required to be made, as explained earlier, because your vested benefit in the Plan does not exceed $5,000 (excluding amounts attributable to rollovers). However, in addition to the benefit payment mentioned above, there are rules that require that certain minimum distributions be made from the Plan. If you are a 5% owner, distributions are required to begin not later than the April 1st following the end of the year in which you reach age 70 1/2. If you are not a 5% owner, distributions are required to begin not later than the April 1st following the later of the end of the year in which you reach age 70 1/2 or retire. You should see the Administrator if you feel you may be affected by these rules.

If you do not own more than 5% of the Employer and you have already been receiving distributions while employed because you had attained age 70 1/2, your distributions will stop for Plan Years beginning after January 1, 2001. You will not receive additional distributions until your retirement.

8

04/02

## ARTICLE VI
## DEATH BENEFITS

**What happens if I die while working for the Employer?**

If you die while still employed by us, your entire account balance will be used to provide your beneficiary with a death benefit.

**Who is the beneficiary of my death benefit?**

If you are married at the time of your death, your spouse will be the beneficiary of the entire death benefit unless an election is made to change the beneficiary. IF YOU WISH TO DESIGNATE A BENEFICIARY OTHER THAN YOUR SPOUSE, YOUR SPOUSE MUST IRREVOCABLY CONSENT TO WAIVE ANY RIGHT TO THE DEATH BENEFIT. YOUR SPOUSE'S CONSENT MUST BE IN WRITING, BE WITNESSED BY A NOTARY OR A PLAN REPRESENTATIVE, AND ACKNOWLEDGE THE SPECIFIC NONSPOUSE BENEFICIARY.

If you are married, you have named someone other than your spouse to be your beneficiary as described in the preceding paragraph, and wish to again change your beneficiary designation, your spouse must again consent to the change, unless you are changing your designation to name your spouse as your beneficiary. In addition, you may elect a beneficiary other than your spouse without your spouse's consent if your spouse cannot be located.

If you are not married, you may designate your beneficiary on a form to be supplied to you by the Administrator.

In the event no valid designation of beneficiary exists, or if the beneficiary is not alive at the time of your death, the death benefit will be paid in the following order of priority to:

    (a)     Your surviving spouse;

    (b)     Your children, including adopted children, per stirpes;

    (c)     Your surviving parents, in equal shares; or

    (d)     Your estate.

**How will the death benefit be paid to my beneficiary?**

The death benefit will be paid to your beneficiary in one of the following methods as elected by the beneficiary (unless you elected one of the following forms of distribution for the death benefit prior to your death):

- a single lump-sum payment in cash.

- the following annuity options: 50%, 75% or 100% Joint and Survivor annuity options. **This option will not be available after June 15, 2002..**

04/02

**When must the last payment be made to my beneficiary?**

If your designated beneficiary is a person (rather than your estate or most trusts) then minimum distributions of your death benefit must generally begin within one year of your death and must be paid over a period not extending beyond your beneficiary's life expectancy. If your spouse is the beneficiary, the start of payments may be delayed until the year in which you would have attained age 70 1/2. Generally, if your beneficiary is not a person, then your entire death benefit must be paid within five years after your death.

Since your spouse has certain rights in the death benefit, you should immediately report any change in your marital status to the Administrator.

**What happens if I'm a participant, terminate employment, and die before receiving all my benefits?**

If you terminate employment with us and subsequently die, your beneficiary will be entitled to the vested percentage of your remaining account balance at the time of your death.

## ARTICLE VII
## IN-SERVICE DISTRIBUTIONS

**Can I withdraw money from my account while working?**

Generally, you may receive a distribution from the Plan prior to your termination of employment if you satisfy certain conditions. These conditions are described below. However, this distribution will reduce the value of the benefits you will receive when you retire. Any in-service distribution is made at your election and will be made in accordance with the forms of distribution available in the Plan.

Also, the law restricts any pre-retirement distribution from certain accounts maintained for you in the Plan before you reach age 59 1/2. These accounts are generally the ones set up to receive your salary deferrals and other Employer contributions that are used to satisfy special rules for 401(k) plans.

You may request an in-service distribution from the following account(s):

- Your salary deferrals once you reach age 59 1/2.

- Your rollover contributions, if any, at any time.

**Can I withdraw money from my account in the event of financial hardship?**

Yes, if you satisfy certain conditions. This hardship distribution is not in addition to your other benefits and will therefore reduce the value of the benefits you will receive at retirement.

10

You may request a hardship withdrawal from the following amounts:

- Your salary deferrals

A hardship distribution may be made to satisfy certain immediate and heavy financial needs that you have. A hardship may only be made for payment of the following:

- Expenses for medical care (described in Section 213(d) of the Internal Revenue Code) previously incurred by you or your dependent or necessary for you or your dependent to obtain medical care;

- Costs directly related to the purchase of your principal residence (excluding mortgage payments);

- Tuition, related educational fees, and room and board expenses for the next twelve (12) months of post-secondary education for yourself, your spouse or dependent;

- Amounts necessary to prevent your eviction from your principal residence or foreclosure on the mortgage of your principal residence.

If you have one of the above expenses, a hardship distribution can be made only if you certify and agree that all of the following conditions are satisfied:

- The distribution is not in excess of the amount of your immediate and heavy financial need. The amount of your immediate and heavy financial need may include any amounts necessary to pay any federal, state, or local income taxes or penalties reasonably anticipated to result from the distribution;

- You have obtained all distributions, other than hardship distributions, and all nontaxable (at the time of the loan) loans currently available under all plans maintained by your Employer;

- That your salary deferrals will be suspended for at least twelve (12) months (or, beginning in 2002, six (6) months) after your receipt of the hardship distribution; and

- That you will reduce the maximum amount of salary deferrals the law permits for the calendar year following the calendar year in which you receive the hardship distribution by the amount of salary deferrals that you made in the year you received the hardship distribution.

In addition to these rules, there are restrictions placed on hardship distributions which are made from your salary deferrals. Any hardship distribution from these amounts will be limited, as of the date of distribution, to the balance of your salary deferral account, as of the end of the last Plan Year ending before July 1, 1989, plus your total salary deferrals after such date, reduced by the amount of any previous distributions made to you from your salary deferral account. Ask the Administrator if you need further details.

11

04/02

**Are there any limitations that apply to the in-service distributions described above?**

Yes. The number of in-service distributions that you may take in a Plan Year is limited and is indicated on the in-service withdrawal form.

## ARTICLE VIII
## TAX TREATMENT OF DISTRIBUTIONS

**What are my tax consequences when I receive a distribution from the Plan?**

Generally, you must include any Plan distribution in your taxable income in the year in which you receive the distribution. The tax treatment may also depend on your age when you receive the distribution. Certain distributions made to you when you are under age 59 1/2 could be subject to an additional 10% tax.

**Can I reduce or defer tax on my distribution?**

You may reduce, or defer entirely, the tax due on your distribution through use of one of the following methods:

(a)    The rollover of all or a portion of the distribution to an Individual Retirement Account or Annuity (IRA) or another qualified employer plan. This will result in no tax being due until you begin withdrawing funds from the IRA or other qualified employer plan. The rollover of the distribution, however, MUST be made within strict time frames (normally, within 60 days after you receive your distribution). Under certain circumstances all or a portion of a distribution (such as a hardship distribution) may not qualify for this rollover treatment. In addition, most distributions will be subject to mandatory federal income tax withholding at a rate of 20%. This will reduce the amount you actually receive. For this reason, if you wish to roll over all or a portion of your distribution amount, the direct transfer option described in paragraph (b) below would be the better choice.

(b)    For most distributions, you may request that a direct transfer (sometimes referred to as a direct rollover) of all or a portion of a distribution be made to either an Individual Retirement Account or Annuity (IRA) or another qualified employer plan willing to accept the transfer. A direct transfer will result in no tax being due until you withdraw funds from the IRA or other qualified employer plan. Like the rollover, under certain circumstances all or a portion of the amount to be distributed may not qualify for this direct transfer. If you elect to actually receive the distribution rather than request a direct transfer, then in most cases 20% of the distribution amount will be withheld for federal income tax purposes.

WHENEVER YOU RECEIVE A DISTRIBUTION, THE ADMINISTRATOR WILL DELIVER TO YOU A MORE DETAILED EXPLANATION OF THESE OPTIONS. HOWEVER, THE RULES THAT DETERMINE WHETHER YOU QUALIFY FOR FAVORABLE TAX TREATMENT ARE VERY COMPLEX. YOU SHOULD CONSULT WITH QUALIFIED TAX COUNSEL BEFORE MAKING A CHOICE.

04/02

## ARTICLE IX
## HOURS OF SERVICE

**What is an Hour of Service?**

An Hour of Service is:

(a)     each hour for which you are directly or indirectly compensated by the Employer for the performance of duties during the Plan Year;

(b)     each hour for which you are directly or indirectly compensated by the Employer for reasons other than the performance of duties (such as vacation, holidays, sickness, disability, lay-off, military duty, jury duty or leave of absence during the Plan Year); and

(c)     each hour for back pay awarded or agreed to by the Employer.

You will not be credited for the same Hours of Service both under (a) or (b), as the case may be, and under (c).

**How are Hours of Service credited?**

You will be credited with your actual Hours of Service.

## ARTICLE X
## YOUR PLAN'S "TOP-HEAVY RULES"

**What is a "top-heavy" plan?**

A retirement plan that primarily benefits "key employees" is called a "top-heavy plan." Key employees are certain owners or officers of your Employer. A Plan is generally a "top-heavy plan" when more than 60% of the Plan's assets are in the accounts of key employees.

Each year, the Administrator is responsible for determining whether the Plan is a "top-heavy plan."

**What happens if the Plan becomes "top-heavy"?**

If the Plan becomes top-heavy in any Plan Year, then non-key employees will be entitled to certain "top-heavy minimum benefits," and other special rules will apply. Among these top-heavy rules are the following:

• Your Employer may be required to make a contribution to your account in order to provide you with at least "top-heavy minimum benefits."

• The following vesting schedule will apply to your matching contributions:

• If you are a participant in more than one Plan, you may not be entitled to "top-heavy minimum benefits" under both Plans.

13

# ARTICLE XI
## PROTECTED BENEFITS

**Is my benefit protected?**

As a general rule, your interest in your account, including your "vested interest," may not be alienated. This means that your interest may not be sold, used as collateral for a loan, given away or otherwise transferred. In addition, your creditors may not attach, garnish, or otherwise interfere with your account.

**Are there any exceptions to the general rule?**

There are two exceptions to this general rule. The Administrator must honor a "qualified domestic relations order." A "qualified domestic relations order" is defined as a decree or order issued by a court that obligates you to pay child support or alimony, or otherwise allocates a portion of your assets in the Plan to your spouse, former spouse, child, or other dependent. If a qualified domestic relations order is received by the Administrator, all or a portion of your benefits may be used to satisfy the obligation. The Administrator will determine the validity of any domestic relations order received. You and your beneficiaries can obtain, without charge, a copy of the QUALIFIED DOMESTIC RELATIONS ORDER PROCEDURE from the Administrator.

The second exception applies if you are involved with the Plan's administration. If you are found liable for any action that adversely affects the Plan, the Administrator can offset your benefits by the amount that you are ordered or required by a court to pay the Plan. All or a portion of your benefits may be used to satisfy any such obligation to the Plan.

**Can the Plan be amended?**

Yes, we have the right to amend the Plan at any time. In no event, however, will any amendment authorize or permit any part of the Plan assets to be used for purposes other than the exclusive benefit of participants or their beneficiaries. Additionally, no amendment will cause any reduction in the amount credited to your account.

**What happens if the Plan is discontinued or terminated?**

Although we intend to maintain the Plan indefinitely, we reserve the right to terminate the Plan at any time. Upon termination, no further contributions will be made to the Plan and all amounts credited to your accounts will become 100% vested. We will direct the distribution of your accounts in a manner permitted by the Plan as soon as practical. (See the question entitled "How will my benefits be paid?" in Article V for a further explanation.) You will be notified if the Plan is terminated.

04/02

## What are my rights as a Plan participant?

As a participant in the Plan you are entitled to certain rights and protections under the ERISA. ERISA provides that:

(a)    You may examine, without charge, all Plan documents. This examination may take place at the Administrator's office or at other specified employment locations. Plan documents include insurance contracts, collective bargaining agreements; and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Pension and Welfare Benefit Administration.

(b)    You may obtain copies of all Plan documents and other Plan information upon written request to the Administrator. Plan documents include insurance contracts, collective bargaining agreements, a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor, and an updated SPD. The Administrator may make a reasonable charge for copies.

(c)    You may receive a summary of the Plan's annual financial report. The Administrator is required by law to furnish each participant with a copy of this summary annual report.

(d)    You may obtain a statement telling you whether you have a right to receive a retirement benefit at Normal Retirement Age and, if so, what your benefits would be at Normal Retirement Age if you stop working under the Plan now. If you do not have a right to a retirement benefit, the statement will tell you how many years you have to work to earn a right to a retirement benefit. THIS STATEMENT MUST BE REQUESTED IN WRITING AND IS NOT REQUIRED TO BE GIVEN MORE THAN ONCE A YEAR. The Plan must provide this statement free of charge.

## What duties are imposed on the people or entities who operate the Plan?

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of the Plan. These people are called "fiduciaries" of the Plan. They have a duty to operate the Plan prudently and in the interest of you and other Plan participants and beneficiaries. The fiduciaries of the Plan include the Employer, the Trustee, and the Administrator. No one, including your Employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a pension benefit or exercising your rights under ERISA.

If your claim for a retirement benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules. (See the question entitled "What is the Claims Review Procedure?")

If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order, you may file suit in a federal court.

15

04/02

Pemco Aviation Group, Inc.

Under ERISA, there are steps you can take to enforce your rights. For instance, if you request materials from the Plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Administrator to provide the materials and pay you up to $110.00 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator.

If the Plan's fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees if, for example, it finds your claim is frivolous.

### How do I submit a claim for Plan benefits?

Benefits will be paid to you and your beneficiaries without the necessity of formal claims. You or your beneficiaries may make a request for any Plan benefits to which you believe you are entitled. Any such request should be in writing and should be made to the Administrator.

If the Administrator determines the claim is valid, then you will receive a statement describing the amount of benefit, the method or methods of payment, the timing of distributions, and other information relevant to the payment of the benefit.

### What if my benefits are denied?

Your request for Plan benefits will be considered a claim for Plan benefits, and it will be subject to a full and fair review. If your claim is wholly or partially denied, the Administrator will furnish you with a written notice of this denial. This written notice must be provided to you within a reasonable period of time (generally 90 days) after the receipt of your claim by the Administrator. The written notice must contain the following information:

(a)    the specific reason or reasons for the denial;

(b)    specific reference to those Plan provisions on which the denial is based;

(c)    a description of any additional information or material necessary to correct your claim and an explanation of why such material or information is necessary; and

(d)    appropriate information as to the steps to be taken if you or your beneficiary wishes to submit your claim for review.

If notice of the denial of a claim is not furnished to you in accordance with the above within a reasonable period of time, your claim will be deemed denied. You will then be permitted to proceed to the review stage.

If your claim has been denied or deemed denied, and you want to submit your claim for review, you must follow the Claims Review Procedure below.

04/02

## What is the Claims Review Procedure?

Upon the denial of your claim for benefits, you may file your claim for review, in writing, with the Administrator.

(a)    YOU MUST FILE THE CLAIM FOR REVIEW NO LATER THAN 60 DAYS AFTER YOU HAVE RECEIVED WRITTEN NOTIFICATION OF THE DENIAL OF YOUR CLAIM FOR BENEFITS, OR IF NO WRITTEN DENIAL OF YOUR CLAIM WAS PROVIDED, NO LATER THAN 60 DAYS AFTER THE DEEMED DENIAL OF YOUR CLAIM.

(b)    You may review all pertinent documents relating to the denial of your claim and submit any issues and comments, in writing, to the Administrator.

(c)    Your claim for review must be given a full and fair review. If your claim is denied, the Administrator must provide you with written notice of this denial within 60 days after the Administrator's receipt of your written claim for review. There may be times when this 60-day period may be extended. This extension may only be made, however, when there are special circumstances that are communicated to you in writing within the 60-day period. If there is an extension, a decision will be made as soon as possible, but not later than 120 days after receipt by the Administrator of your claim for review.

(d)    The Administrator's decision on your claim for review will be communicated to you in writing and will include specific references to the pertinent Plan provisions on which the decision was based.

(e)    If the Administrator's decision on review is not furnished to you within the time limitations described above, your claim will be deemed denied on review.

(f)    If benefits are provided or administered by an insurance company, insurance service, or other similar organization which is subject to regulation under the insurance laws, the claims procedure relating to those benefits may provide for review. If so, that company, service, or organization will be the entity to which claims are addressed. Ask the Administrator if you have any questions regarding the proper person or entity to address claims.

If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court. However, in order to do so, you must file the suit no later than 180 days after the Administrator makes a final determination to deny your claim.

04/02

Pemco Aviation Group, Inc.

**What can I do if I have questions or my rights are violated?**

If you have any questions about the Plan, you should contact the Administrator. If you have any questions about this statement, or about your rights under ERISA, or if you need assistance in obtaining documents from the Administrator, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in the telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Pension and Welfare Benefits Administration.

**ARTICLE XII**
**GENERAL INFORMATION ABOUT THE PLAN**

There is certain general information which you may need to know about the Plan. This information has been summarized for you in this Article.

**General Plan Information**

The full name of the Plan is Pemco Aviation Group, Inc. 401(k) Plan.

Your Employer has assigned Plan Number 001 to your Plan.

This Plan was originally effective on November 1, 1990. The amended and restated provisions of the Plan become effective on January 1, 1997. However, this restatement was made to conform the Plan to new tax laws and some provisions may be retroactively effective.

The Plan's records are maintained on a twelve-month period of time. This is known as the Plan Year. The Plan Year begins on January 1 and ends on December 31.

Valuations of the Plan are generally made daily. Certain distributions are based on the Anniversary Date of the Plan. This date is the last day of the Plan Year.

The Plan and Trust will be governed by the laws of Alabama to the extent not governed by federal law.

Benefits provided by the Plan are NOT insured by the Pension Benefit Guaranty Corporation (PBGC) under Title IV of the Employee Retirement Income Security Act of 1974 because the insurance provisions under ERISA are not applicable to this type of Plan.

18

**Employer Information**

The Plan sponsor's name, address, and identification number are:

Pemco Aviation Group, Inc.
1943 North 50th Street
Birmingham, Alabama 35212
84-0985295

Service of legal process may be made upon the Plan sponsor or your Employer, if not the Plan sponsor. Service of legal process may also be made upon the Trustee or Administrator.

The Plan allows other employers to adopt its provisions. You or your beneficiaries may examine or obtain a complete list of employers, if any, who have adopted the Plan by making a written request to the Administrator.

Other Employers who have adopted the provisions of the Plan are:

Pemco Engineers, Inc.
63-1275178

Pemco World Air Services, Inc.
63-1275213

Space Vector Corporation
22-2587844

Pemco Aeroplex, Inc.
63-0916533

**Administrator Information**

The Plan's Administrator is responsible for the day-to-day administration and operation of the Plan. For example, the Administrator maintains the Plan records, including your account information, provides you with the forms you need to complete for Plan participation and directs the payment of your account at the appropriate time. The Administrator will also allow you to review the formal Plan document and certain other materials related to the Plan. If you have any questions about the Plan and your participation, you should contact the Administrator. The Administrator may designate other parties to perform some duties of the Administrator.

The name, address, and business telephone number of the Plan's Administrator are:

Pemco Aviation Group, Inc.
1943 North 50th Street
Birmingham, Alabama 35212
(205) 591-7870

04/02

**Pemco Aviation Group, Inc.**

**Trustee Information**

All money that is contributed to the Plan is held in a trust fund. The Trustee is responsible for the safekeeping of the trust fund. The trust fund established by the Plan's Trustee will be the funding medium used for the accumulation of assets from which benefits will be distributed.

The name and address of the Plan's Trustee is:

Wells Fargo Bank West, N.A.
1740 Broadway, C7301-027
Denver, Colorado 80274

04/02