IN THE CIRCUIT COURT OF
DALE COUNTY, ALABAMA

RECEIVED

2006 MAR 30 A 11: 00

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

| | |
|---|---|
| ROB SALISBURY, STEVE SALISBURY and SUE GILLILAND, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | CASE NO. CV-2006-47M |
| ) ) | 1:06 CV 286-CSC |
| PEMCO AVIATION GROUP, INC., a/k/a PEMCO AEROPLEX, INC., Alabama Corporations, and LINDA SALISBURY, ) ) ) ) | |
| Defendants. ) ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:   Allen K. Mitchell
      Meredith, Mitchell & Gabrielson, P.C.
      707 West Main Street
      Dothan, AL 36301

**PLEASE TAKE NOTICE** that Pemco Aviation Group, Inc., Defendant in the above-styled cause, by and through its counsel, has this date filed a Notice of Removal of this action in the office of the Clerk of the United States District Court for the Middle District of Alabama, Southern Division, a true and correct copy of said Notice of Removal is attached hereto.

DATED this 29th day of March, 2006.

_____
William B. Wahlheim, Jr.
John David Collins
Grace C. Robinson
Attorneys for Defendant
Pemco Aviation Group, Inc.

OF COUNSEL:
Maynard, Cooper & Gale, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

1

01310242.1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this the 29th day of March, 2006.

Allen K. Mitchell
Meredith, Mitchell & Gabrielson, P.C.
707 West Main Street
Dothan, AL 36301

Wade Hampton Baxley
Ramsey, Baxley & McDougle
P. O. Drawer 1486
Dothan, AL 36302

                                                                  OF COUNSEL

01310242.1