IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
SOUTHERN DIVISION

2006 MAR 30  A 11: 00

EBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

ROB SALISBURY, STEVE SALISBURY        )
and SUE GILLILAND,                     )
                                       )
      Plaintiffs,                      )
                                       )
v.                                     )    CIVIL ACTION NO.
                                       )
PEMCO AVIATION GROUP, INC., a/k/a      )    1:06CV286 - CSC
PEMCO AEROPLEX, INC., Alabama          )
Corporations, and LYNDA SALISBURY,     )
                                       )
      Defendants.                      )

## CONSENT TO AND JOINDER IN REMOVAL

Lynda Salisbury, Defendant in the above-styled action, hereby gives notice that she joins

in and consents to the Notice of Removal filed by Pemco Aviation Group, Inc. and adopts and

incorporates by reference herein all those grounds in support of the removal of this action from

the Circuit Court of Dale County, Alabama to the United States District Court for the Middle

District of Alabama, Southern Division.

                          _Wade H. Baxley_
                          Wade H. Baxley
                          Attorneys for Defendant
                          Lynda Salisbury

**OF COUNSEL:**
Ramsey, Baxley & McDougle
P. O. Drawer 1486
Dothan, AL 36302
(334) 793-6550

1

01314605.1