# EXHIBIT A

# BENEFICIARY DESIGNATION FORM

(CHECK ONE)

_____ THIS IS MY INITIAL DESIGNATION
__X__ THIS IS TO CHANGE MY PRIOR DESIGNATION

BEFORE COMPLETING THIS FORM YOU MAY WISH TO CONSULT WITH AN ATTORNEY OR TAX ADVISOR, REGARDING ESTATE PLANNING OR POSSIBLE TAX CONSEQUENCES.

PERSONAL DATA: NAME Stephen M Salisbury   BADGE 74475
SOCIAL SECURITY # 005367999

NAME AND ADDRESS OF RELATIVE NOT LIVING WITH YOU:
NAME: Stephen M Salisbury Jr
ADDRESS: Apt M2 Rock Creek Apts, Dothan, AL 36302

BENEFICIARY DESIGNATION: I hereby designate the following person(s) as my beneficiary(ies) to receive, in the event of my death, any funds credited to my account under the 401(k) Savings Plan for Employees of Precision Standard, Inc and Its Subsidiaries. I reserve the right to revoke or change any beneficiary designation at any time.

PRIMARY BENEFICIARY (IES): A single beneficiary would receive 100% of the account. Two or more beneficiaries would divide the account in equal portions, unless different percentages are designated below:

1. Robert Salisbury, 6305 Branchill, Loveland, Ohio 45140, Son
2. Sue Salisbury, 550 Beconlik Rd Colorado Springs, daughter (80131)
3. Stephen Salisbury, Apt M2 1304 Cornell Ave Dothan AL, Son
4. _____

NAME        ADDRESS        RELATIONSHIP        %

CONSENT OF SPOUSE: IF YOUR SPOUSE IS NOT DESIGNATED ABOVE AS THE SOLE PRIMARY BENEFICIARY, YOUR SPOUSE MUST THEN AGREE TO YOUR DESIGNATION BY SIGNING BELOW.

N/A
SPOUSE SIGNATURE        DATE

CONTINGENT BENEFICIARIES: In the event that no primary beneficiary is living at the time of your death, the account will be divided among the contingent beneficiaries in equal portions, unless different percentages are designated below:

1. Elaine Hayden, 502 Church St Dothan, AL 36301, Sister, 100
2. _____
3. _____
4. _____

NAME        ADDRESS        RELATIONSHIP        %

EMPLOYEE AUTHORIZATION: The terms and conditions of the Plan and Trust Agreement shall govern all my rights as well as those of my spouse, all my Beneficiaries and all persons claiming through any of them. I hereby revoke all prior beneficiary designations (if any) made by me under the Trust.

_[signed]_                    _[signed]_
SIGNATURE OF PARTICIPANT        SIGNATURE OF WITNESS (MAY NOT BE BENEFICIARY)

16 Nov 94                     16 Nov 94
DATE                          DATE