# EXHIBIT B

# Designation of Beneficiary


OppenheimerFunds
The Right Way to Invest

This form should be used by plan participants to select both a primary and contingent beneficiary(ies). Please forward to your Employer when completed.

**General Information**

Plan Name: Pemco Aviation Group, Inc 401(K) plan
Employer Name: Pemco World Air Services
Address: 100 Pemco Drive, Dothan, AL 36303
Phone: 334-983-4571
Participant Name: Stephen M. Salisbury
Address: 1112 Green Rd, Dothan, AL 36303
Phone: 334-702-6454
Social Security Number: 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
Date of Birth: 11-17-41

**Current Marital Status**

☐ I am Not Married. I understand that if I become married in the future, my spouse will be my Primary Beneficiary unless I complete a new *Designation of Beneficiary* form and my spouse consents to my designation.

☒ I am Married. I understand that my spouse will be my Primary Beneficiary. However, I understand I may designate a Primary Beneficiary other than my spouse on the space below if my spouse signs the section below entitled "Consent of Spouse."

**Designation of Beneficiary(ies)**

The following individual(s) shall be my beneficiary(ies). *I have checked Primary or Contingent for each individual beneficiary. If neither is checked, the beneficiary will be deemed to be a primary beneficiary.*

If any primary or contingent beneficiary dies before me, his or her interest and the interest of his or her heirs shall terminate completely, and the percentage share of any remaining beneficiary(ies) shall be increased on a pro rata basis. If no primary beneficiary(ies) survives me, the contingent beneficiary(ies) shall acquire the designated share of my Qualified Plan balance.

Beneficiary Name: Lynda Salisbury    ☒ Primary    ☐ Contingent
Address: 1112 Green Rd Dothan, AL 36303
Social Security Number: 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    Date of Birth: 05-11-47
Relationship: Wife    Share %: 100

Beneficiary Name: Stephen M Salisbury    ☒ Primary    ☒ Contingent
Address: 702 Evert Drive Dothan, AL 36303
Social Security Number: 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    Date of Birth: 05-15-72
Relationship: Son    Share %: 100%

**Consent of Spouse**
Required if Nonspouse Beneficiary(ies) is (are) named as Primary Beneficiary(ies)

I am the spouse of the participant named above. I hereby consent to the above designation of beneficiary. I understand that if anyone other than me is designated as Primary Beneficiary on this form, I am waiving any rights I may have to receive benefits under the plan when my spouse dies.

Participant's Spouse Signature _____    Date _____
(Must be notarized on the reverse side.)

©2003 BISYS - Brainerd, MN 56401

| | |
|---|---|
| **Instructions for Waiver Election for Qualified Preretirement Survivor Annuities** | **Employer:** The Waiver election is applicable to all Money Purchase Pension Plans and Target Benefit Plans. It also applies to Profit-sharing Plans and 401(k) Plans if you did not select the REA Safe Harbor found in the Adoption Agreement. If you did select the REA Safe Harbor provision and no existing plan assets are subject to the REA annuity requirements, please place a check mark in the indicated box below.<br><br>☐ The Plan Administrator will check here if the following election does NOT apply. See instructions below.<br><br>**Employee:** If this election applies (that is, the box is not checked) and you want to waive the qualified preretirement survivor annuity, you and your spouse must complete the Waiver Election section below. |
| **Important Information About Qualified Preretirement Survivor Annuities** | If you are a married participant in your employer's qualified retirement plan, the law requires that any amount remaining in your plan account be paid to your surviving spouse in a certain manner at your death. This manner of payment, called a "Qualified Preretirement Survivor Annuity," will provide your spouse with a series of periodic payments over his or her life. The size of the periodic payments will depend on the amount remaining in your plan account.<br><br>For example, assume that a participant dies with an account balance of $10,000. If the balance is paid to the surviving spouse in the form of a Qualified Preretirement Survivor Annuity, the annuity will provide the spouse with monthly payments of $76.60. (This payment amount is an estimate based on the Individual Annuity Mortality Tables, using a 5% interest rate with payments commencing at age 65.)<br><br>**You may elect to waive the following:**<br><br>1. The requirement that your surviving spouse be paid in the form of a Qualified Preretirement Survivor Annuity and,<br><br>2. The requirement that your spouse be your beneficiary (only if applicable).<br><br>You may make either or both of the above elections beginning with the first day after which you become a participant in the plan. Any waiver election you sign before age 35 will become invalid the first day of the plan year in which you attain age 35. At that time you may again waive the Qualified Preretirement Survivor Annuity and the requirement that your spouse be your beneficiary.<br><br>Your spouse must consent in writing to either waiver. You have the right to revoke any waiver that you have made at any time before your death. Your spouse must also consent to any subsequent changes of beneficiary.<br><br>If your vested account balance is $5,000 or less at the time of your death, the plan administrator may make a distribution to your surviving spouse in a single sum cash payment even if you did not waive the Qualified Preretirement Survivor Annuity.<br><br>Because a spouse has certain rights under the law, you should inform your plan administrator immediately of any changes in your marital status. A change in your marital status may require you to complete a new Designation of Beneficiary form.<br><br>For more information regarding Preretirement Survivor Annuities, contact your plan administrator (employer). |
| **Waiver Election For Qualified Preretirement Survivor Annuity** | **Married Participant's Election to Waive The Qualified Preretirement Survivor Annuity**<br><br>As a married participant in my employer's qualified retirement plan, I acknowledge that I have read the information about Qualified Preretirement Survivor Annuities above. I understand that when I die, any amount remaining in my plan account will be paid to my surviving spouse in the form of a Preretirement Survivor Annuity. I understand that I have a right to waive that form of payment.<br><br>I hereby elect to waive the requirement that my surviving spouse be paid any benefits that I may have in the plan at the time of my death in the form of a Qualified Preretirement Survivor Annuity. I understand and agree that this waiver is valid only if my spouse has consented by reading and signing the statement below.<br><br>Participant's Signature _____   Date _____<br><br>I am the spouse of the participant named above. I hereby consent to my spouse's election not to have benefits remaining in his or her plan paid in the form of a Qualified Preretirement Survivor Annuity at his or her death. I understand that my consent cannot be revoked unless my spouse revokes the above waiver.<br><br>Participant's Spouse Signature _____   Date _____<br>(Must be notarized.) |
| **Witness of Spouse's Consent** | The signature of the spouse in either or both elections must be witnessed by a notary public.<br>**WITNESS: Notary Public**<br><br>Subscribed and sworn to before me on this _____   Day of _____   (month/year) _____<br><br>Notary's Signature _____ |
| **Signatures** | Participant's Signature _____   Date _____<br><br>Witness' Signature _____   Date _____ |

REO000174070?   September 15, 2003



**PEMCO AEROPLEX, INC.**
*A Pemco Aviation Group Company*

September 20, 2005

Stephen M. Salisbury
1112 Green Road
Dothan, AL 36303

Dear Mr. Salisbury:

Due to a recent internal audit, it has come to our attention that you did not sign the "Designation of Beneficiary" for your 401(k).

Please sign the back of the enclosed copy and return to my attention as soon as possible at the address below.

Sincerely,
Pemco Aeroplex, Inc.

Deborah Smith

Enc.

1943 50TH ST. NORTH • BIRMINGHAM, ALABAMA 35212 • (205)592-0011 • FAX (205)592-8712
www.pemcoair.com