IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROB SALISBURY, STEVE SALISBURY and SUE GILLILAND, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CIVIL ACTION NO. 1:06CV-286-CSC |
| PEMCO AVIATION GROUP, INC., a/k/a PEMCO AEROPLEX, INC., Alabama Corporations, and LYNDA SALISBURY, | ) ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANT PEMCO AVIATION GROUP, INC.'S
CORPORATE DISCLOSURE STATEMENT**

**COMES NOW** Defendant, Pemco Aviation Group, Inc. and, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that Mass Mutual Insurance Company is the only publicly held corporation that owns ten percent (10%) or more of Pemco Aviation Group, Inc.'s stock.

/s John David Collins
William B. Wahlheim, Jr.
John David Collins

Attorneys for Defendant
PEMCO AVIATION GROUP, INC.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: (205) 254-1000
Fax: (205) 254-1999

1

01320068.1

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this the 13th day of April, 2006.

Allen K. Mitchell
Meredith, Mitchell & Gabrielson, P.C.
707 West Main Street
Dothan, AL 36301

Wade Hampton Baxley
Ramsey, Baxley & McDougle
P. O. Drawer 1486
Dothan, AL 36302

                                                 /s John David Collins
                                                 OF COUNSEL

01320068.1