IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROB SALISBURY, STEVE SALISBURY and SUE GILLILAND,<br><br>    Plaintiffs,<br><br>v.<br><br>PEMCO AVIATION GROUP, INC., a/k/a PEMCO AEROPLEX, INC., Alabama Corporations, and LYNDA SALISBURY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO. 1:06CV-286-CSC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT PEMCO AVIATION GROUP, INC.'S MOTION
### TO DEPOSIT SUM OF MONEY WITH THE COURT

Defendant/Counter-Plaintiff Pemco Aviation Group, Inc. ("Movant"), pursuant to Rule 67, Fed.R.Civ.P., hereby moves the Court for an order authorizing the deposit into the Registry of the Court, the sum of $126,097.04, and that such sum to wit: One Hundred Twenty Six Thousand Ninety Seven Dollars and 04/100, be deposited by the Clerk into an interest bearing account with the Court's authorized banking institution at the rate of interest prevailing on the date of deposit, for a period of 120 days at which time the funds, together with the interest thereon, shall be by the Clerk either left on deposit, reinvested at rate then prevailing, or retrieved and redeposited into the Registry Account of this Court for disposition pursuant to further order of this Court.

It is understood by Movant that it shall be Movant's responsibility to notify the Clerk, absent Court order, to either reinvest the funds or to leave said funds on deposit.

It is also understood by Movant that the Clerk is authorized to charge a fee pursuant to the provisions of Title 28 U.S.C. §1914 and 1930. The fee charged will be 10% (ten per cent) of the income earned while funds are held in the court's registry or the applicable rate for funds on

1

deposit as set forth in Table 1-1, Section 2.7.4, Financial Management Guide of the Guide to Judiciary Policies and Procedures.

/s John David Collins
William B. Wahlheim, Jr.
John David Collins
Grace C. Robinson

Attorneys for Defendant
PEMCO AVIATION GROUP, INC.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
Telephone: (205) 254-1000
Fax: (205) 254-1999

IT IS SO ORDERED THIS
DAY OF APRIL, _____ 2006

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this the 13th day of April, 2006.

Allen K. Mitchell
Meredith, Mitchell & Gabrielson, P.C.
707 West Main Street
Dothan, AL 36301

Wade Hampton Baxley
Ramsey, Baxley & McDougle
P. O. Drawer 1486
Dothan, AL 36302

                                      /s John David Collins
                                      OF COUNSEL