IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROB SALISBURY, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06cv286-CSC |
| ) | |
| PEMCO AVIATION GROUP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Now pending before the court is the April 13, 2006, motion to deposit sum of money with the court (doc. # 6) filed by the defendant/counter-plaintiff Pemco Aviation Group, Inc. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to deposit sum of money with the court (doc. # 6) be and is hereby GRANTED.

Done this 14th day of April, 2006.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE