IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROB SALISBURY, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  1:06cv286-CSC |
| ) | |
| PEMCO AVIATION GROUP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On April 19, 2006, the parties informed the court that they had reached an amicable settlement of all issues.  Accordingly, it is

ORDERED that on or before **May 10, 2006**, the parties shall file a joint stipulation for dismissal.

Done this 21st day of April, 2006.

        /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE