IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2006 MAY -8  A 9: 41

| | |
|---|---|
| ROB SALISBURY, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06cv286-CSC |
| ) | |
| PEMCO AVIATION GROUP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

5/1/06
Date

[Signature] (MIT034)
Signature

ROB SALISBURY, STEVE SALISBURY and
SUE GILLILAND
Counsel For (**print** name of all parties)

707 WEST MAIN STREET
DOTHAN, AL 36301
Address, City, State Zip Code

(334) 671-0289
Telephone Number

**DO NOT ELECTRONICALLY FILE THIS DOCUMENT**