RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA  2006 APR 26  A 9: 49
SOUTHERN DIVISION

| | |
|---|---|
| ROB SALISBURY, *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06cv286-CSC |
| | ) |
| PEMCO AVIATION GROUP, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

04-25-06
Date

Grace Robinson Murphy
Signature

Pemco Aviation Group
Counsel For (**print** name of all parties)

Maynard Cooper & Gale, P.C.
1901 6th Ave. North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Address, City, State Zip Code

(205) 254-1000
Telephone Number

**DO NOT ELECTRONICALLY FILE THIS DOCUMENT**