IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROB SALISBURY, et al., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 1:06cv286-CSC |
| PEMCO AVIATION GROUP, et al., | ) ) |
| Defendants. | ) ) |

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

__4/28/06__
Date

__Wade H. Baxley__ (signature)
Signature  Wade H. Baxley

__Lynda Salisbury__
Counsel For (**print** name of all parties)

P. O. Drawer 1486
Dothan, AL  36302

Address, City, State Zip Code

(334) 793-6550
Telephone Number

## DO NOT ELECTRONICALLY FILE THIS DOCUMENT