IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| **ROB SALISBURY, STEVE SALISBURY** and **SUE GILLILAND,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CIVIL ACT. NO. 1:06CV-286-CSC |
| **PEMCO AVIATION GROUP, INC.,** a/k/a **PEMCO AEROPLEX, INC.,** Alabama Corporations, and **LYNDA SALISBURY,** | ) ) ) ) ) ) |
| Defendants. | ) ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

WHEREAS, Plaintiffs Rob Salisbury, Steve Salisbury and Sue Gilliland instituted this civil action against Pemco Aviation Group, Inc. and Lynda Salisbury on February 24, 2006 seeking a declaration that they were the proper beneficiaries to certain retirement benefits accrued by Decedent, Steven Marvin Salisbury, under the Pemco Aviation Group, Inc. 401K Plan (the "Plan"), an employee pension benefit plan established and maintained by Pemco, Decedent's former employer.

WHEREAS, Pemco responded to Plaintiffs' Complaint for Declaratory Judgment by filing a Counterclaim for Interpleader seeking to pay the contested retirement benefits into the Registry of the Court.

WHEREAS, Plaintiffs Rob Salisbury, Steve Salisbury and Sue Gilliland, and Defendant Lynda Salisbury (collectively, the "Competing Claimants"), have conferred

1

and agreed that, pursuant to the terms and conditions of the Plan, Lynda Salisbury is entitled to 100% of the contested retirement benefits;

WHEREAS, the parties have agreed to a compromise resolution of this dispute, the terms of which are as follows:

    a.    Pemco shall pay 100% of the retirement benefits available under the Plan to Lynda Salisbury according to the terms and conditions of beneficiary election form to be completed and submitted to Pemco by Lynda Salisbury.

    b.    Rob Salisbury, Steve Salisbury and Sue Gilliland hereby release and forever discharge Pemco and Lynda Salisbury from any and all claims and causes of action which they may now have or claim to have against Pemco and/or Lynda Salisbury, including without limitation all claims or causes of action arising from or relating to the benefits available under the Pemco Aviation Group, Inc. 401K Plan.

    c.    Pemco and Lynda Salisbury hereby release and forever discharge Rob Salisbury, Steve Salisbury and Sue Gilliland from any and all claims and causes of action which they may now have or claim to have against Rob Salisbury, Steve Salisbury and Sue Gilliland, including without limitation all claims or causes of action arising from or relating to the benefits available under the Pemco Aviation Group, Inc. 401K Plan.

    d.    This lawsuit shall be dismissed with prejudice, with each party to bear his, her or its own costs and expenses.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.    Rob Salisbury, Steve Salisbury, Sue Gilliland and Lynda Salisbury, their agents, attorneys, representatives, heirs, executors, assigns, and all persons claiming through or under them, are hereby enjoined from instituting or pursuing any state or

federal cause of action for the recovery benefits or other relief available under or in connection with the Pemco Aviation Group, Inc. 401K Plan;

2. Compliance with the terms of this Agreed Order shall constitute full settlement of the allegations of the Complaint and Counterclaim; and

3. The Complaint and Counterclaim, and all claims asserted therein, are Dismissed with Prejudice, each party to bear its own costs, expenses and fees.

4. All pending deadlines are terminated and all pending motions are hereby DENIED as moot.

Done this 11th day of May, 2006.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

s/ Allen K. Mitchell
Allen K. Mitchell

Attorney for Plaintiffs Rob Salisbury, Steve Salisbury and Sue Gilliland

OF COUNSEL:

Allen K. Mitchell
Meredith, Mitchell & Gabrielson, P.C.
707 West Main Street
Dothan, AL 36301

3

01327481.1

        /s John David Collins
William B. Wahlheim, Jr.
John David Collins

Attorneys for Pemco Aviation Group

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 6th Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203
(205) 254-1000

        /s Wade H. Baxley
Wade H. Baxley

Attorney for Lynda Salisbury

OF COUNSEL:

Wade H. Baxley
Ramsey, Baxley & McDougle
P. O. Drawer 1486
Dothan, AL 36302

4

01327481.1